Certificate Number: 12433-PAE-DE-031328821

Bankruptcy Case Number: 18-13163



12433-PAE-DE-031328821

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 16, 2018, at 3:58 o'clock PM EDT, Monica Borja completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   July 16, 2018                           By:      /s/Candace Jones

                                                Name:   Candace Jones

                                                Title:   Counselor