UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

MONICA  BORJA

                                                                : Bankruptcy No. 18-13163REF
        Debtor(s)                      : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

J ZAC CHRISTMAN ESQ
712 MONROE ST
P O BOX 511
STROUDSBURG PA 18360-

MONICA  BORJA
913 CONSTITUTION AVE
PEN ARGYL,PA.18072-9518