United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-13163-ref
Monica Borja                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 2          Date Rcvd: Dec 20, 2018
                              Form ID: pdf900    Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2018.
db              Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA  18072-9518
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14105447       +Barclays Bank DE,    700 Prides Xing,    Newark, DE 19713-6102
14105450        Cerulean,    PO Box 31292,    Tampa, FL 33631-3292
14105454       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14105455       +Geisinger Medical Group,    c/o Penn Credit Corporation,    916 S 14th St,
                Harrisburg, PA 17104-3425
14111374       +HC Processing Center,    380 Data Drive, Suite 200,    Draper, UT 84020-2361
14105460       +KML Law Group,    Ste 5000-BNY Indepen Ctr,    701 Market Street,    Philadelphia, PA 19106-1538
14105459       +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
14105461       +MABT/ContFin,    121 Continental Dr,    Suite 108,    Newark, DE 19713-4326
14105464      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court:  Met-Ed,     PO Box 16001,    Reading, PA 19612)
14121928       +Met Ed,    101 Crawford's Cnr Rd Bldg # 1 Suite 1-5,    Holmdel, NJ 07733-1976
14105468       +PA Dept of Revenue,    Bureau of Collections,    PO Box 281041,    Harrisburg, PA 17128-1041
14105469       +Paramount Residential Mortgage Gr,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14167118       +Paramount Residential Mortgage Group,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
14105470       +Provident/PRMG,    1265 Corono Pointe Ct  Ste 301,    Corona, CA 92879-1799
14105471       +Six Flags Great Adventure,    c/o Midwest Recovery Systems,    12 Westbury Dr Ste D,
                Saint Charles, MO 63301-2543
14105474        St Lukes Physicians Group,    PO Box 5386,    Bethlehem, PA 18015-0386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2018 02:47:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14105449       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:44:12     Capital One,
                PO Box 30253,    Salt Lake City, UT 84130-0253
14105448       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2018 02:43:45     Capital One,
                PO Box 30285,    Salt Lake City, UT 84130-0285
14105452        E-mail/Text: mrdiscen@discover.com Dec 21 2018 02:46:41     Discover Financial Services,
                PO Box 15316,    Wilmington, DE 19850
14105451        E-mail/Text: BKRMailOps@weltman.com Dec 21 2018 02:47:21     Discover,
                c/o Weltman Weinberg & Reis,    PO Box 93596,    Cleveland, OH 44101-5596
14121328        E-mail/Text: mrdiscen@discover.com Dec 21 2018 02:46:41     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14105453        E-mail/Text: bknotices@totalcardinc.com Dec 21 2018 02:47:18     Emblem Mastercard,
                PO Box 89210,    Sioux Falls, SD 57109-9210
14105456       +E-mail/Text: bankruptcy@hccredit.com Dec 21 2018 02:47:56     HCCREDIT/FEB,
                203 E Emma Ave Ste A,    Springdale, AR 72764-4625
14105457        E-mail/Text: cio.bncmail@irs.gov Dec 21 2018 02:46:48     IRS,    Centralized Insolvency Op,
                PO Box 7346,    Philadelphia, PA 19101-7346
14165552        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 02:47:23     Jefferson Capital Systems LLC,
                Po Box 7999,    Saint Cloud Mn 56302-9617
14105458       +E-mail/Text: BKRMailOPS@weltman.com Dec 21 2018 02:46:54     Kay Jewelers,    375 Ghent Road,
                Fairlawn, OH 44333-4600
14163967        E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14105462       +E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37     Merrick Bank,
                10705 S Jordan Gtwy Ste 200,    South Jordan, UT 84095-3977
14105463       +E-mail/Text: bkr@cardworks.com Dec 21 2018 02:46:37     Merrick Bank Corp,
                c/o Carson Smithfield LLC,    PO Box 9216,    Old Bethpage, NY 11804-9016
14105465       +E-mail/Text: jbenner@nepafcu.org Dec 21 2018 02:46:52     NE PA Community FCU,
                337 Clay Avenue,    Stroudsburg, PA 18360-1288
14123465       +E-mail/Text: ecfbankruptcy@progleasing.com Dec 21 2018 02:47:21     NPRTO Texas LLC,
                Progessive Leasing,    256 West Data Drive,    Draper, UT 84020-2315
14105466       +E-mail/PDF: cbp@onemainfinancial.com Dec 21 2018 02:44:15     OneMain,    PO Box 70912,
                Charlotte, NC 28272-0912
14105467        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:09     PA Dept of Revenue,
                Bureau of Compliance,    PO Box 280946,    Harrisburg, PA 17128-0946
14167472        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2018 03:06:19
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14123743        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2018 02:47:09
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, Pa.  17128-0946
14164106       +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2018 02:47:23     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14105472        E-mail/PDF: cbp@onemainfinancial.com Dec 21 2018 02:44:10     Springleaf Financial Services,
                2959 Rt 611 Suite 105,    Tannersville, PA 18372-7926

```
District/off: 0313-4          User: dlv            Page 2 of 2           Date Rcvd: Dec 20, 2018
                              Form ID: pdf900      Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14105473        +E-mail/PDF: cbp@onemainfinancial.com Dec 21 2018 02:44:41      Springlief Financial Services,
                 PO Box 59,   Evansville, IN 47701-0059
                                                                              TOTAL: 23
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2018 at the address(es) listed below:
```
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja jchristman@newmanwilliams.com,
         mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
        KEVIN G. MCDONALD   on behalf of Creditor  Paramount Residential Mortgage Group, Inc.
         bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfmail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
         ECF_FRPA@Trustee13.com
                                                                    TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      :

MONICA   BORJA

                                  : Bankruptcy No. 18-13163REF
           Debtor(s)                : Chapter 13

<u>ORDER</u>

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

J ZAC CHRISTMAN ESQ
712 MONROE ST
P O BOX 511
STROUDSBURG PA 18360-

MONICA   BORJA
913 CONSTITUTION AVE
PEN ARGYL,PA.18072-9518